Jeffrey A. Dickerson, Esq.
9655 Gateway Dr., Suite B
Reno, NV 89521
(775) 786-6664

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

LORRAINE MANATT, an individual,

    Plaintiff,

vs.

JEFFREY BIXLER, an individual,
EDWARD M. TOMANY, an individual,
STATE OF NEVADA, a governmental
entity,

    Defendants.
_____/

CASE NO. 3:09-cv-00724-LRH-VPC

STIPULATION AND ORDER FOR
ENLARGEMENT OF TIME
(FIRST REQUEST)

    The parties through their undersigned counsel of record hereby stipulate and agree that

Plaintiff may and should have up to and including January 21, 2010 in which to oppose

Defendants' Motion to Dismiss.

DATED this 18th day of December, 2009.

LAW OFFICE OF,
JEFFREY A. DICKERSON

/S/ Jeffrey A. Dickerson
JEFFREY A. DICKERSON

DATED 12/21/09

CATHERINE CORTEZ MASTO
ATTORNEY GENERAL

BY: ANN McDERMOTT

ORDER

IT IS SO ORDERED.

DATED:  December 22, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE