UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

LORRAINE MANATT,                       )
                                        )    3:09-cv-00724-LRH-VPC
       Plaintiff,                   )
                                        )    <u>MINUTE ORDER</u>
vs.                                     )
                                        )    January 29, 2010
JEFFREY BIXLER, et al.,                 )
                                        )
       Defendants.                  )
                                        )

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: <u>ROSEMARIE MILLER</u>       REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>      NONE APPEARING      </u>

COUNSEL FOR DEFENDANT(S):  <u>      NONE APPEARING      </u>

MINUTE ORDER IN CHAMBERS:

    On December 16, 2009, Defendants filed their Motion to Dismiss (#4).  The parties' December 21, 2009, Stipulation for Enlargement of Time for Plaintiff to respond by January 21, 2010, which was granted on December 22, 2009 (#7). On January 21, 2010, Plaintiff filed her Amended Complaint (#9).

    The Amended Complaint (#9) supersedes the original complaint in its entirety. Accordingly, Defendants' motion to dismiss the original complaint is moot.

    IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss (#4) is DENIED without prejudice.

    IT IS SO ORDERED.

                                     LANCE S. WILSON, CLERK

                                     By:  <u>          /s/          </u>
                                                 Deputy Clerk