**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**RENO, NEVADA**

| | | |
|---|---|---|
| LORRAINE MANATT, an individual, | ) | 3:09-cv-00724-LRH-VPC |
| | ) | |
| Plaintiff, | ) | **MINUTES ORDER** |
| | ) | |
| vs. | ) | August 3, 2010 |
| | ) | |
| JEFFREY BIXLER, an individual; | ) | |
| EDWARD M. TOMANY, an individual; | ) | |
| STATE OF NEVADA, a governmental entity; | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING      REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is the parties' Stipulation for Dismissal [48], which the court has considered. Good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed with prejudice as to all defendants, and pursuant to the conditions set forth in the Stipulation for Dismissal [48], attached hereto.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
Deputy Clerk

JEFFREY A. DICKERSON
NEVADA Bar No. 2690
9585 Prototype Ct., Suite A
Reno, NV 89521
(775) 786-6664
(775) 786-7466-Facsimile

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LORRAINE MANATT, an individual, | CASE NO. 3:09-cv-00724-LRH-VPC |
| Plaintiff, | STIPULATION FOR DISMISSAL |
| v. | |
| JEFFREY BIXLER, an individual, EDWARD M. TOMANY, an individual, STATE OF NEVADA, a governmental entity, | |
| Defendants. | |

The parties through their undersigned counsel of record hereby stipulate pursuant to Fed.R.Civ.P. 41(a)(1)(ii) to dismiss this action with prejudice as to all Defendants reserving Plaintiff's right to sue on her Title VII claim against Defendant State of Nevada, and that res judicata will not be raised as a bar to the Title VII claim when and if filed, except that Plaintiff waives any right to seek reinstatement, and only reinstatement, as a remedy therein. The parties further stipulate and agree that Defendant shall be permitted to conduct an IME of Plaintiff in any Title VII action. Each party bears his, her and its attorneys fees and costs incurred in this action.

DATED this 28th day of July, 2010.

| | |
|---|---|
| LAW OFFICE OF JEFFREY A. DICKERSON | CATHERINE CORTEZ MASTO ATTORNEY GENERAL |
| /S/ JEFFREY A. DICKERSON | /s/ BY: ANN McDERMOTT |

JAD/sh/manatt/stip-dsms                                  1